**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 22−01079−hb                          Chapter: 7

**In re:**
H&M Wings, LLC
dba Wings Etc.

| Entered By The Court 9/22/23 | FINAL DECREE, DISCHARGING TRUSTEE AND CLOSING CASE | Filed By The Court 9/22/23 L. Jefferson Davis, IV Clerk of Court US Bankruptcy Court |

The estate of the above−named debtor(s) has been fully administered. Therefore,

*John K Fort* is discharged as trustee of the estate and the Chapter 7 case of the above named−debtor(s) is closed.

**IT IS SO ORDERED.**

Helen E. Burris
Chief United States Bankruptcy Judge